COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727.1264; FAX (702) 727.1401
colt.dodrill@wilsonelser.com
*Attorneys for Defendant*
*Overtime Sports, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| DEANDRE MOORE, JR., an individual | Case No.    2:24-cv-01103-JAD-BNW |
| Plaintiff, | **Stipulation and Order to Dismiss with Prejudice** |
| vs. | |
| OVERTIME SPORTS, INC., a domestic corporation; DOE EMPLOYEE, an individual; DOES II through X; AND ROE CORPORATIONS I through X, INCLUSIVE, | ECF No. 26 |
| Defendants. | |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs.  No trial date was scheduled.

| MAIER, GUTIERREZ, AND ASSOCIATES | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| BY: */s/ William A. Gonzales* | BY: */s/ Colt B. Dodrill* |
| WILLIAM A GONZALES, Esq. | COLT B. DODRILL, Esq. |
| Nevada Bar No. 15230 | Nevada Bar No. 9000 |
| Attorney for Plaintiff | Attorney for Defendant, Overtime Sports, Inc. |

# ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 9, 2025